UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case: 1:26-mj-00138 |
| BRYAN LINSANGAN, | : | Assigned To : Sharbaugh, Matthew J. |
| | : | Assign. Date : 8/13/2026 |
| Defendant. | : | Description: COMPLAINT W/ARREST WARRANT |
| | : | |

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jason LaRaia, being first duly sworn, hereby depose and state as follows:

INTRODUCTION

1.      I submit this affidavit in support of a criminal complaint charging BRYAN LINSANGAN ("LINSANGAN" or the "SUSPECT") with violations of 18 U.S.C. § 2252(a)(2), (b)(1) (distribution of child pornography). Specifically, on May 20, 2026, LINSANGAN sent child sexual abuse material to an undercover agent.

2.      Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement.  Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3.      Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn therefrom.

AFFIANT BACKGROUND

4.      I am a Special Agent with the Federal Bureau of Investigation (FBI), and I have been so employed since November 2025. I am currently assigned to the Washington Field Office

1

(WFO) Child Exploitation and Human Trafficking Task Force (CEHTTF) and investigate violations involving child pornography, the sexual exploitation of children and related offenses. I have training and experience in the enforcement of the laws of the United States, including the preparation and presentation of search warrant affidavits and in conducting search warrants. I have had both training and experience in the investigation of crimes involving electronic media and have worked with other FBI agents who have such experience, and who have provided me with additional information about such crimes. As a federal agent, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States. Prior to my employment with the FBI, from January 2018 until October 2025, I was employed by the Ocean County Prosecutor's Office (OCPO) in New Jersey as a County Detective. In that capacity, I was assigned to the Sexual Victims Unit, where I was responsible for investigating felony offenses to include allegations of sexual abuse of children and adults. I was also a member of the Ocean County Human Trafficking Task Force as well as the Economic Crimes Squad. I have gained experience through training with the OCPO and in my everyday work related to conducting these types of investigations. Moreover, I am a law enforcement officer who is engaged in enforcing criminal laws, including offenses in violation of 18 U.S.C § 2251(a) "Sexual Exploitation of a Minor," 18 U.S.C. § 2251(d) "Advertisement of Child Pornography,"18 U.S.C. § 2252(a)(2)(A) "Distribution of Child Pornography," and 18 U.S.C. § 2252(a)(4)(b)(i) "Possession of Child Pornography," among other crimes involving the exploitation of children. As such, I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for

offenses enumerated in Section 2516 of Title 18, United States Code.

5.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6.      Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2252 (a)(2), (b)(1) (hereafter, the "TARGET OFFENSE") have been committed by LINSANGAN.

## PROBABLE CAUSE

7.      On May 20, 2026, a Federal Bureau of Investigation (FBI) Task Force Officer (TFO) assigned to the Washington Field Office (WFO) was acting in an online undercover (UC) capacity as part of the FBI Child Exploitation and Human Trafficking Task Force (CEHTTF), operating out of a satellite office in Washington, D.C.

8.      In that capacity, the UC was monitoring an online dating application. The UC maintains a profile on the dating application that indicates that the UC is interested in the sexual exploitation of children. The UC's profile page has the following hashtags displayed on it, "#daddyson, #nolimits, #tabbboo, #tabbo"

9.      On May 20, 2026, the UC was contacted by the Scruff user, "Azn4 ▆ chub/older," who messaged the UC, " 🌀 🌀 🌀 [1]." The UC advised the user, "Nice. Me too bro," and the user asked if the UC had "signal or tele." The user subsequently provided a Signal username of

---

[1] The "cyclone" emoji is used by individuals interested in child exploitation to indicate a sexual interest in boys due to its resemblance to another symbol for "Boy Lover."

"AZNWS.37" and reported, "On signal. 😈 safer there ha." The user had the following profile picture for their dating application,



10. On May 20, 2026, at 7:45AM, the UC messaged AZNWS.37 via Signal direct messaging. The UC asked AZNWS.37, "What's going on friend" and AZNWS.37 responded, "Stroking to some tiny holes." AZNWS.37 advised the UC that he was interested in, "5+," in regard to children's ages and advised, "Wish we could find tiny holes."

11. The UC advised AZNWS.37 that he is a father to a nine-year-old boy and said, "I've watched some vids, enjoyed some groups on here. I have my own stash offline at home of personal memories." The UC advised AZNWS.37 that he was willing to discuss his purported son if he knew that AZNWS.37 was "legit" and stated, "Send me something pervy so I know you're not a problem then we can talk."

12. AZNWS.37 advised the UC, "I'd send some but they're not my own (yet) 😈." At approximately 8:04AM, AZNWS.37 forwarded the UC a video displaying the sexual abuse of a

child which was only viewable once.[2]  The UC forwarded a photograph of his purported son to the user and AZNWS.37 advised, "Fuuuuck dude.  Need him on your cock ha.  Or sucking it 👀 😈."

13.      AZNWS.37 asked,"He likes it?  Can he take it all of it in his mouth?  Like this?" and then forwarded the UC a video of a prepubescent boy wearing a green shirt having his mouth penetrated by the erect penis of an adult male.

14.      The UC advised AZNWS.37 how he sexually abuses his purported son and indicated he was only sexually attracted to children.  AZNWS.37 reported, "Same here bro.  But humans have been doing it with young for years and years ha," and then advised, "Man, we should meet up and you show me the stuff.  👀 or he plays with both of us.  Ha kidding."  The UC asked AZNWS.37, "Kidding?  Though you were serious," and AZNWS.37 reported, "I am serious.  Just don't want to overstep or be pushy ha.  I'm very good at keeping secrets hahaha."  AZNWS.37 then indicated an interest in placing his "cock" in the UC's purported son's mouth.

15.      AZNWS.37 stated in reference to the UC's purported 9-year-old son, "He would love two grown cocks on his lips."  AZNWS.37 then forwarded a video to the UC that displayed a prepubescent boy having his mouth penetrated by the erect penis of an adult male.

16.      The UC advised AZNWS.37 that he was looking for someone to share his purported son with but was concerned that AZNWS.37 could possibly not be a "real perv in real life."  AZNWS.37 advised, "I feel you.  I'm definitely interested.  Definitely real life perv.  Just haven't had the real life chance (yet) ha.  I think once you see my hard cock in his mouth.  You might be convinced.  Hahaha."  AZNWS.37 then forwarded a one-time viewable video to the UC of a

---

[2] Signal allows users send media that can only be viewed once by the recipient.  The media file is deleted from the messages after it has been sent.

prepubescent boy having his mouth penetrated by the erect penis of an adult male. AZNWS.37 stated after sending the video, "Train him just like that ;)."

17.     The UC asked AZNWS.37 where he lived and AZNWS.37 reported, "Herndon, VA Wbu?" and the UC indicated that he lives in D.C. AZNWS.37 then forwarded a deleting photograph of an adult male visible from the torso down who was nude from the hips down. The adult male's erect penis is visible and a prepubescent boy who appears to be completely nude is laying on top of the adult's penis with his face at the adult's feet. The adult male is pulling a buttock of the boys to the side exposing his anus and the boy's penis is laying on top of the adult male's penis.

18.     AZNWS.37 advised the UC, "Perfect, DC is doable ha. My cock gets hard at the thought of it. Standing over him waiting for him to start working my dick. As you watch." The UC advised, "That pic is insane wow. I need to mimic that for my collection 😈 😈 😈," and AZNWS.37 reported, "You gotta show me if you do 😝 send me something pg again ha. One with cum all over his hole would be nice too haha. 👅 😈."

19.     AZNWS.37 indicated an interest in meeting with the UC in June 2026 in person for the purpose of sexually abusing his purported son. AZNWS.37 also stated, regarding the content the UC possessed of his purported son, "I'm dying to watch em haha. I can't wait. Thanks bro. Can I ask how you get him going? Or do you call him over or what? And bro send a preview if you ever want to gift me haha 🙏. But I do get if you want to wait. Just wanted to to ask one time again 😈 🤣 just a horny perverted bastard."

20.     AZNWS.37 did not have any contact with the UC from May 24, 2026, until July 9, 2026, when AZNWS.37 messaged the UC to communicate again. AZNWS.37 subsequently reported that he had been "spooked" and asked how the UC's son was doing. The UC indicated

6

that he had not engaged in a lot of "perving" and AZNWS.37 advised that he had hoped they would "play" and that he had been thinking about "Perving." AZNWS.37 also reported that he recently got a car and would be able to drive to meet the UC.

21.    AZNWS.37 asked the UC what kind of sexual abuse he had participated in with his purported son and indicated that he had "daily fantasies about what it's like." The UC asked, "If you want to do this I'll send something else so you know him and I are legit" and AZNWS.37 reported, "Well of course I do want to do that. Only think I jerk off to these days. He'll be able to take my cock for sure. I'm not hung ha."

22.    AZNWS.37 forwarded a photograph of an adult male's penis and stated after sending the photograph, "You can show it to him 😈 👀 ha. New toy for him. We can make a new collection of him on my cock ;)." The UC told AZNWS.37, "I want to have some fun with you and him. When can you come" and AZNWS.37 stated, "Sometime next week? Week days work best during the day/morning. What do you have in mind." The UC advised that the next Tuesday at 9AM would work and said he wanted to watch AZNWS.37 engage in sex acts with his purported son.

23.    The UC asked AZNWS.37 for a photograph of himself to show his purported son and AZNWS.37 forwarded the following photographs to the UC. AZNWS.37 deleted the photograph of his face in the chat shortly after sending it.

7



24.    AZNWS.37 followed up the photographs of himself with a photograph of an adult male's penis that resembled the first one sent to the UC and stated, "But that's all he'll need to remember ha."

25.    The UC told AZNWS.37 that he would send further verification that he had access to his purported son with another photograph.  AZNWS.37 asked, "Maybe with your cock in it too ha 😈 no pressure though."

26.    A member of the FBI CEHTTF issued an administrative subpoena to Perry Street Software for subscriber information and internet protocol (IP) logs related to "Azn4▮chub/older."  Perry Street Software responded to the request for information and advised that the account had been registered with a verified email address of brianXXX.email@gmail.com and a date of birth of December XX, 2004, had been provided for the user.

27.    A member of the FBI CEHTTF issued an administrative subpoena to Google for subscriber information and IP logs related to brianXXX.email@gmail.com.  Google responded to the request for information and advised that brian▮email@gmail.com had been registered with

the recovery phone number 571-XXX-3017, the recovery email bryanchriztopXXX@yahoo.com, and had been created on February 20, 2026.

28.     A member of the FBI CEHTTF issued an administrative subpoena to T-Mobile for subscriber information and call detail records (CDR) for the phone number 571-XXX-3017.  T-Mobile responded to the request and reported that the account subscriber is Renato S Linsangan of XXXXX Denmark Drive, Herndon, Virginia 20171.

29.     A member of the FBI CEHTTF issued an administrative subpoena to Yahoo for subscriber information and IP logs for bryanchriztopXXX@yahoo.com.  Yahoo responded to the request for information and advised that the account is registered with a phone number of 571-XXX-3017 and a backup email of nananabrXXX@yahoo.com.

30.     A member of the FBI CEHTTF conducted a records check of a law enforcement only database and located a theft report filed by a woman who stated she had two sons, one named Bryan Christopher Linsangan.  The member found that the only brother with an active driver's license is Bryan Christopher Linsangan.

31.     According to commercial databases, Bryan Christopher Linsangan is associated with the name Brianna Linsangan, home address XXXXX Denmark Drive, Herndon, Virginia.

32.     The Virginia Department of Motor Vehicles (DMV) reported that Bryan Christopher Linsangan lives at XXXXX Denmark Drive, Herndon, Virginia 20171 and was born on December XX, 1992.  The Virginia DMV provided the following photograph for Linsangan:[3]

---

[3] Based on the photograph provided by the DMV, your affiant believes that LINSANGAN identifies as a woman.  However, the legal name on LINSANGAN's identification card is still Bryan Christopher Linsangan.



32.     A federal search warrant was issued by United States Magistrate Judge Moxila A. Upadhyaya, U.S. District Court for the District of Columbia and served upon Perry Street Software for information associated with Scruff account user identification number 199964379 and email address brianXXX.email@gmail.com.  According to Perry Street Software records, the following photo, depicting what appeared to be an Instagram post, was contained in user br.1squared's Scruff account:



10

33.     Perry Street Software also provided historical chats for user, Azn4 ▮ chub/older. During the chats, Azn4 ▮ chub/older has told various individuals that he lives in Herndon and he can not have visitors over because he lives with his family. A review of social media for Instagram account br1.squared yielded the below profile picture, which is consistent with the photo contained in the SUBJECT's Scruff account. The individual depicted in the photograph is visually similar to the DMV photograph of Bryan LINSANGAN.



34.     A federal search warrant was issued by United States Magistrate Judge Moxila A. Upadhyaya, U.S. District Court for the District of Columbia and served upon Google LLC for information associated with email address brianXXX.email@gmail.com. Google LLC responded and provided the following Google Pay billing information: Bryan Linsangan, Google account id: 194725518406, name: b I, birthday of December XX, 1992.

35.     On August 13, 2026, law enforcement executed a search warrant at XXXXX Denmark Drive, Herndon, Virginia 20171. LINSANGAN's cellphone was previewed on scene and several images depicting the sexual abuse of children were found on the device. Additionally, the dating application that the UC used to communicate with LINSANGAN was located on the device with the user profile used to communicate with the UC.

## CONCLUSION

33.     For the reasons set forth above, I submit that probable cause exists to believe that, on or about May 20, 2026, LINSANGAN committed violations of 18 U.S.C. § 2252(a)(2), (b)(1)

(distribution of child pornography).  I respectfully request that a criminal complaint be issued for LINSANGAN.

Respectfully submitted,

_____
Jason LaRaia
Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone on August 13, 2026.

_____
THE HONORABLE MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE